**Opinion issued April 9, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01103-CR

———————————

## IN RE ALEXANDER M. RIVERA, Relator

———

### Original Proceeding on Petition for Writ of Mandamus

———

### MEMORANDUM OPINION

By petition for writ of mandamus, relator, Alexander Rivera, requests relief from the trial court's August 25, 2006 denial of his post-conviction application for writ of habeas corpus seeking amendment of the trial court's March 26, 2006 judgment to credit his pre-sentence time served in calculating his sentence of confinement to the Texas Department of Criminal Justice. After Rivera filed his

petition, the trial court signed an order correcting the error and granting credit for pre-sentence jail time nunc pro tunc.[1]

We therefore **dismiss** the petition for writ of mandamus as **moot**.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Alexander Mercado Rivera*, Cause No. 1020847; In the 263rd District Court of Harris County, The Honorable Jim Wallace, presiding.